# **EXHIBIT A**



NEWS   PRODUCTS   ABOUT   FAQ   EXTRAS

5 ▼  SIZING  sizing chart » pdf

**ADD TO CART**
Free worldwide shipping
VAT/Duty not included

Lifetime warranty included

Easy return and exchange policy with no restocking fees



   

*"The 'Gear Ring' intrigued the engineer in me and opened my eyes to jewelry."*

The patented Gear Ring is made from high quality matte stainless steel. It features micro-precision gears that turn in unison when the outer rims are spun (as can be seen in the video). It is currently available for purchase in sixteen standard US ring sizes: 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 & 20.

For sizing, please note that our ring is wider than average. If you are a half size, we recommend ordering the next whole size up (one half size larger).

Gift certificates and custom Gear Ring orders are available. Please email us for more information.

We gladly offer a full money back guarantee (see FAQ section) if you are unsatisfied with your purchase for any reason.

*Join mailing list.* 

All content Copyright Kinekt Design LLC, Gear Ring patented and other patents-pending | All rights reserved | site design by swissmiss

http://www.kinektdesign.com/product-gear-ring.php

7/16/2012

# **EXHIBIT B**


US00D639199S

| (12) United States Design Patent<br>Liberman et al. | (10) Patent No.: **US D639,199 S**<br>(45) Date of Patent: ** **Jun. 7, 2011** |
|---|---|

(54) **GEAR RING**

(76) Inventors: **Glen Liberman**, Short Hills, NJ (US);
**Ben Hooson**, Brooklyn, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/349,563**

(22) Filed: **Apr. 14, 2010**

(51) LOC (9) Cl. .............................................. **11-01**
(52) U.S. Cl. ............................................... **D11/26**
(58) Field of Classification Search ............. D11/26–39,
D11/3; 63/15, 15.1–15.4, 15.45, 15.5, 15.6,
63/15.65, 15.7, 26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D119,814 S | * | 4/1940 | Whitehead | D11/38 |
| D170,628 S | * | 10/1953 | Capraro | D11/39 |
| D184,833 S | * | 4/1959 | Sager | D11/39 |
| D450,009 S | * | 11/2001 | Molfese | D11/26 |
| D491,834 S | * | 6/2004 | Flynn | D11/26 |
| D532,331 S | * | 11/2006 | Jang et al. | D11/26 |
| D588,489 S | * | 3/2009 | Kizys | D11/38 |
| D606,442 S | * | 12/2009 | Jang et al. | D11/26 |

* cited by examiner

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Melanie Levy
(74) *Attorney, Agent, or Firm* — Spriegel & Associates

(57) **CLAIM**

The ornamental design for a gear ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of gear ring showing our new design;
FIG. 2 is a top view thereof; and,
FIG. 3 is a front view thereof, the rear view being a mirror image of such front view.
The portions of the gears shown in broken lines, form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



# EXHIBIT C

Etsy | Handmade | Search | Cart

Home > Search Results > KevinsCollectibles > Steampunk Jewelry

Like this item?
Add it to your favorites to revisit it later.

**Hand Milled Steel Mens Mechanical Ring with Spinning Gears, a One of a Kind Steampunk Design**



**$59.00** USD

Only 1 available

**Shop**
KevinsCollectibles

3 items

Add shop to favorites
See who favorites this shop

**Shop owner**
Kevin Arzic

Favorites
Circle






New to my collection is a beautiful specimen that screams both elegance and sophistication, while intriguing spectators with its ingenuity. It is in and of itself a finely tuned machine. This piece is a precision steel milled gentleman's ring with real, smooth movable parts attached to a system of gears. Its array of complex motions resemble a sleek, fine machine while at the same time remaining a wide, sharply masculine accessory with its bold face and strong movements. Although it may appear delicate, the screws, cogs, and gears on this piece are all dense, polished stainless steel and are fitted together tightly, yet snugly and will not come loose. This makes an incredibly unique gift to yourself or a loved one, and with the holiday season approaching quickly, you'll want one of these before someone else grabs it!

I invite you to watch a video of the ring's mechanics at the following link:

http://i1045.photobucket.com/albums/b462/mrekrzna/Sequence02_2-1.gif

Please note that since the rings are made to order, it will take anywhere from three days but no more than 14 days to both construct and ship to your doorstep depending on the

$59.00 USD



# EXHIBIT D



ebay.com

SquirrelMail 1.4.21 Images Headlines OH Google dmca Maps weather Dict CNN C WSJ Nyt Yahoo! Endico RC USPS PP Sprout SNS WebA

Hi, copycatpolice! (Not you?)

CATEGORIES ELECTRONICS FASHION MOTORS TICKETS DEALS CLASSIFIEDS — eBay Buyer Protection

Back to search results | Jewelry & Watches > Men's Jewelry > Rings > Other
Jewelry & Watches > Handcrafted, Artisan Jewelry > Rings

Add to Watch

**Unique Steel Mens Mechanical Ring with Spinning Working Gears**

Makes a Beautiful and Unique Gift

| | |
|---|---|
| Item condition | New without tags |
| Time left | 4d 23h (Dec 08, 2011 17:59:39 PST) |
| Bid history | 7 bids |
| Current bid | US $2.04 |
| Your max bid | US $ — Place bid (Enter US $2.29 or more) |

Add to Wish list | Add to Watch list

Bill Me Later: $5 back & 6 mos to pay on 1st purchase
Subject to credit approval. See terms

| | |
|---|---|
| Shipping | FREE Expedited Shipping \| See all details |
| Delivery | Estimated between Wed. Dec. 28 and Thu. Dec. 29 |
| Returns | No returns or exchanges, but item is covered by eBay Buyer Protection |

eBay Buyer Protection

Sell one like this

**Seller info**
kevingotswag ( 1 )
100% Positive feedback

Save this seller
See other items

**Other item info**

| | |
|---|---|
| Item number | 260908497893 |
| Item location | Harrington Park, NJ, United States |
| Ships to | United States |
| Payments | PayPal, Bill Me Later — See details |

Print | Report

# **EXHIBIT E**



# **EXHIBIT F**

north jersey craigslist > for sale / wanted > jewelry

email this posting to a friend

## Spinning Gear Ring in Stainless Steel by Kinekt - $100 (closter nj)

Date: 2011-12-04, 1:15AM EST
Reply to: [sale address]

I'm selling an amazing ring i bought online from Kinekt that is an actual moving ring in all precision milled stainless steel. These go for $165 as seen on their site but I need to sell mine fast so first to offer $100 gets it or if give it to the best offer. It's in size 10 (the most common size) and pretty much unused. It's an awesome gift for anyone from designers to steampunk fans to just anyone who would appreciate a clever little contraption like this.

text 201-xxx-xxxx

This ring is official Kinekt and here's their youtube video for it
http://www.youtube.com/watch?v=N12NfmPljd0&feature=player_embedded

Location: closter nj
it's NOT ok to contact this poster with services or other commercial interests



# EXHIBIT G

## Spinning Gear Ring in Stainless Steel by Kinekt - $80 (closter)

Date: 2011-12-07, 3:44PM EST
Reply to: sale-nkeub-2741250248@craigslist.org

I'm selling an amazing ring i bought online from Kinekt that is an actual moving ring in all precision milled stainless steel. These go for $165 as seen on their site but I need to sell mine fast so first to offer $100 gets it or ill give it to the best offer. It's in size 10 (the most common size), and pretty much unisex. It's an awesome gift for anyone from designers to steampunk fans to just anyone who would appreciate a clever little contraption like this.

text 201x588 x3554 for offers

This ring is official Kinekt and here's their youtube video for it
http://www.youtube.com/watch?v=NT2N6hPng

* Location: closter
* it's NOT ok to contact this poster with services or other commercial interests



# **EXHIBIT H**

### Milled Steel Gear Ring- As Seen on Etsy

KevinsCollectibles   Subscribe   1 video



Like   + Add to   Share

11 views

Uploaded by KevinsCollectibles on Dec 3, 2011
http://www.etsy.com/listing/87781248/steel-mens-mechanical-ring-with-spinning

# **EXHIBIT I**

Case 2:13-cv-03992-SRC-CLW Document 61-20 Filed 09/21/17 Page 20 of 20 PageID: 752

north jersey craigslist > for sale / wanted > jewelry - by owner       email this posting to a friend

Avoid scams and fraud by dealing locally! Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. *More info*

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

# Genuine Kinekt Moving Gear Ring - $150 (closter nj 07624)

Date: 2012-08-01, 6:00PM EDT
Reply to: hj8qh-3177747915@sale.craigslist.org [Errors when replying to ads?]

I'm selling an amazing ring i bought online from Kinekt that is an actual moving ring in all precision milled surgical stainless steel. These go for $165 as seen on their site but I can take the best offer or a good trade. It's in size 10 (the most common size), and pretty much unisex. It's an awesome gift for anyone from designers to steampunk fans to just anyone who would appreciate a clever little contraption like this.

text 201x5883554

This ring is official Kinekt and here's their youtube video for it
http://www.youtube.com/watch?v=NI2N6fsPjjg&feature=player_embedded

Note: there have been fakes going around so I do have my receipt and proof of purchase to verify this is absolutely genuine

Case 2:13-cv-05942-SRC Document 16-20 Filed 09/21/09 Page 20 Page ID#: 56753



- Location: closter nj 07624
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 3177747915

---

Copyright © 2012 craigslist, inc.   terms of use   privacy policy   feedback forum